■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE JAY, Appellant. — Judgment of the County Court, Westchester County (Brewster, J.), rendered July 23, 1981, affirmed. No opinion.

This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Thompson, J. P., Bracken, Boyers and Lawrence, JJ., concur.